

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*26 Federal Plaza*
*New York, New York 10007*

**FILED UNDER SEAL**

April 29, 2024

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Joel Filipe De Oliveira Guedes*, 19 Cr. 532

Dear Judge Moses:

The Government writes to respectfully request that the Court so order this letter and thereby enter a limited unsealing order with respect to the above-referenced indictment, *United States v. Joel Filipe De Oliveira Guedes*, **19 Cr. 532**, and associated arrest warrant for Joel Filipe De Oliveira Guedes, (collectively with the indictment, the "Sealed Documents"), for the limited purpose of providing the Sealed Documents to foreign and domestic law enforcement and other government authorities for the purpose of extradition or expulsion to this country. We request that the indictment and warrant otherwise remain sealed until further order of the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  s/
Qais Ghafary
Assistant United States Attorney
(212) 637-2534

SO ORDERED:  5/7/24

_____
HON. BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE