UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOEL FILIPE DE OLIVEIRA GUEDES,
    a/k/a "Christopher Marino"
    a/k/a "Angello Rissi Lorenzo"
    a/k/a "David Angelo"

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[Proposed] Order

19 Cr. 532 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 7, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       September _10_, 2024

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK