USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against –

JOEL FILIPE DE OLIVEIRA GUEDES,
    a/k/a "Christopher Marino,"
    a/k/a "Angello Rissi Lorenzo,"
    a/k/a "David Angelo,"

                Defendant.

– – – – – – – – – – – – – – – – – –X

**ORDER OF JUDICIAL REMOVAL**

Criminal Docket No. 19 Cr. 532 (LAK)

Upon the application of the United States of America, by Qais Ghafary, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of JOEL FILIPE DE OLIVEIRA GUEDES (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.    The defendant is not a citizen or national of the United States.

2.    The defendant is a native and citizen of Portugal.

3.    On or about May 27, 2024, the defendant was paroled into the United States for the purpose of criminal prosecution, pursuant to Section 212(d)(5) of the Immigration and Nationality Act of 1952, as amended, ("Act" or "INA").

4.    At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the

following offense: Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349.

5.   A total maximum sentence of 20 years' imprisonment may be imposed for the above-mentioned offense.

6.   The defendant is subject to removal from the United States pursuant to: (1) INA Section 212(a)(7)(A)(i)(I), 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under Section 211(a) of the Act; and (2) INA Section 212(a)(2)(A)(i)(I), 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7.   The defendant has waived his right to notice and a hearing under INA Section 238(c), 8 U.S.C. § 1228(c).

8.   The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9.   The defendant has designated Portugal as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his

release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly

upon his sentencing, and that the defendant be ordered removed to Portugal.


Dated:    New York, New York
          December ___,2024

                                          _____
                                          HONORABLE LEWIS A. KAPLAN
                                          UNITED STATES DISTRICT JUDGE